NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD FRANCISE BRYANT,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D19-287
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____    )

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William Burgess, Judge.

PER CURIAM.

          Affirmed.

CASANUEVA, BLACK, and SALARIO, JJ., Concur.